UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR
Plaintiff

v. C.A. No. 05-536T

LT. WILLIAM GALLIGAN,
ET AL.,
Defendants

**ORDER OF DISMISSAL**

On October 10th, 2007 this Court issued a Show Cause Order as to why the matter should not be dismissed for lack of prosecution, namely failure to make service upon the defendants within 120 days after filing of the complaint and issuance of the summons as required by Fed. R. Civ. P. 4(m). Having shown no good cause why the matter should not be dismissed, the matter is hereby dismissed for failure to comply and for the reasons stated in this Court's Show Cause Order dated October 10th, 2007.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: 11/27/07